1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    Case No. 1:19-cv-00800-EPG
    Hartford Fire Insurance Company,
12
              Plaintiff,                              ORDER (1) SETTING TELEPHONIC
13                                                    SETTLEMENT CONFERENCE,
                                                      (2) REQUIRING PARTICIPATION BY
14       v.                                           CERTAIN INDIVIDUALS, (3) REQUIRING
                                                      SETTLEMENT CONFERENCE
    Dometic Corporation,                              STATEMENT MEETING CERTAIN
15                                                    PARAMETERS, AND (4) SCHEDULING
              Defendant,                              PRE-CONFERENCE DISCUSSION
16

17

18          Magistrate Judge Jeremy D. Peterson will hold a telephonic settlement conference on July

19   31, 2020, at 10:00 a.m. (dial-in number: 1-888-204-5984; passcode: 4446176).  The court expects

20   that the parties will proceed with the settlement conference in good faith and attempt to resolve

21   all or part of the case.  If any party believes that the settlement conference will not be productive,

22   that party shall so inform the court as far in advance of the settlement conference as possible.

23   Unless otherwise specifically authorized by the court in advance of the settlement conference, the

24   following individuals must participate in the settlement conference: (1) all of the attorney(s) who

25   will try the case; (2) the parties; and (3) individuals with full authority to negotiate and settle the

26   case, on any terms.

27          No later than two weeks prior to the settlement conference, each party must submit to

28   Judge Peterson's chambers at jdporders@caed.uscourts.gov a confidential settlement conference

statement.  These statements should neither be filed on the docket nor served on any other party.

The statements should be marked "CONFIDENTIAL" and should state the date and time of the

conference.  While brevity is appreciated, each statement must include:

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, from your party's

perspective;

(3) an itemized estimate of your party's expected costs for further discovery, pretrial, and

trial matters, in specific dollar terms;

(4) your best estimate of the probability that plaintiff will obtain a finding of liability

should this case proceed to trial, in percentage terms;

(5) your best estimates of the following, in specific dollar terms, presuming that this case

proceeds to trial and defendant is found liable:

(a) a realistic high-end recovery estimate (*i.e.*, realistic best- or worst-case

scenario)

(b) a realistic low-end recovery estimate (*i.e.*, realistic worst- or best-case

scenario), and

(c) a best estimate of the most likely outcome;

(6) a history of settlement discussions, including:

(a) a statement of your expectations for settlement discussions;

(b) a listing of any past and present settlement offers from any party (including all

terms);

(c) whether your party would consider making the opening offer or demand, and

what that offer might be[1];

(7) a list of the individuals who will be participating in the settlement conference on your

party's behalf, including each participant's name and, if appropriate, title; and

(8) identification of any related cases or of any other cases that the parties might wish to

---

[1] Please note that Judge Peterson will consider this response, among others, in evaluating whether proceeding with a settlement conference appears worthwhile.

1  discuss at this settlement conference;

2      (9) a completed worksheet (blank version attached) highlighting your responses to certain

3  of the above questions.

4      Judge Peterson will hold a short, pre-settlement conference telephone discussion on July

5  24, 2020 at 10:00 a.m. (dial-in number: 1-888-204-5984; passcode: 4446176).  Only the lead

6  attorney from each side[2] should participate.  At Judge Peterson's discretion, the joint telephonic

7  discussion may be followed by private telephonic discussions between the judge and each party.

8

9  IT IS SO ORDERED.

10

   Dated:    June 11, 2020                          _____

11                                                  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

28  [2] The court expects that the attorneys participating in the telephone discussion will also
    participate in the settlement conference.

# Pre-Settlement Worksheet

|  | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |