# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, individually and as subrogee for its insured, Lee's Paving, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> DOMETIC CORPORATION, a Delaware corporation; and DOES 1 - 20, inclusive, <br><br> Defendants. | Case No. 1:19-cv-00800-DAD-EPG <br><br> **ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> (ECF No. 24) |

Pursuant to the stipulation of the parties (ECF No. 24), Plaintiff is granted leave to file, within five (5) days, its first amended complaint, attached to the stipulation as Exhibit A (ECF No. 24-1).

IT IS SO ORDERED.

   Dated:   **August 10, 2020**                    /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE