UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DOMETIC CORPORATION, et al.,<br><br>   Defendants. | Case No. 1:19-cv-00800-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF AMCO INSURANCE COMPANY'S CLAIMS AGAINST DEFENDANT DOMETIC CORPORATION<br><br>(ECF No. 33) |

The parties have filed a stipulation for dismissal with prejudice of all claims by Amco Insurance Company against Dometic Corporation as set forth in the stipulation. (ECF No. 33.) Pursuant to the stipulation, the claims by Amco Insurance Company against Dometic have ended and those claims are dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated:   **October 27, 2020**                  /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE