UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | Case No.  1:19-cv-00800-DAD-EPG |
| Plaintiff, | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| DOMETIC CORPORATION, et al., | (ECF No. 37) |
| Defendants. | |

The Parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 37.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  __January 7, 2021__          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE